# United States District Court

| CENTRAL | DISTRICT OF | CALIFORNIA |

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Various EDD Debit Card Accounts held at Bank of America

**APPLICATION AND AFFIDAVIT FOR SEIZURE WARRANT**

**CASE NUMBER:** 2:20-MJ-03696

**I, Alfredo Rossi, being duly sworn depose and say:**
I am a Special Agent with Homeland Security Investigations and have reason to believe that in the Central District of California there is now certain property, namely the bank accounts listed in **Attachment A**,

**which are (state one or more bases for seizure under United States Code)**

subject to seizure and forfeiture pursuant to: 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

**concerning violations of Title** <u>18</u> **United States Code, Section(s)** 1343, 1344, 1349, and 1956.

**The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:**

(See attached affidavit which is incorporated by reference)

/s *Alfredo Rossi*
**Signature of Affiant**

**Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.**

at   Los Angeles, California

**Date and Time Issued**

Honorable Alicia G. Rosenberg, U.S. Magistrate Judge
**Name and Title of Judicial Officer**                **Signature of Judicial Officer**

AUSA Andrew Brown (x0102, 11th Floor)

**ATTACHMENT A – Debit Card Accounts to Seize**

The debit card accounts to be seized are:

    a.    EDD Bank of America Debit Card account 4427 4341 8564 5189 held in the name of ANASTASIA ISAENKO (**Account 1**);

    b.    EDD Bank of America Debit Card account 4427 4341 8627 0243 held in the name of EKATERINA RYABOVA (**Account 2**);

    c.    EDD Bank of America Debit Card account 4427 4341 9406 6997 held in the name of JOVOKHIR TOPILDIEV (**Account 3**);

    d.    EDD Bank of America Debit Card account 4427 4341 9463 1691 held in the name of AXYNYA KURBATOVA (**Account 4**);

    e.    EDD Bank of America Debit Card account 4427 4341 8702 5737 held in the name of DARYA YAKUTINA (**Account 5**);

    f.    EDD Bank of America Debit Card account 4427 4341 9398 5437 held in the name of DAVRON MAGAMETOV (**Account 6**);

    g.    EDD Bank of America Debit Card account 4427 4341 8656 6426 held in the name of TATIANA MOCANU (**Account 7**);

    h.    EDD Bank of America Debit Card account 4427 4341 9079 9500 held in the name of YANA VYKHOR (**Account 8**);

    i.    EDD Bank of America Debit Card account 4427 4341 9360 4285 held in the name of OLGA POPOVA (**Account 9**);

    j.    EDD Bank of America Debit Card account 4427 4341 9002 7480 held in the name of PINKNEY FORD (**Account 10**);

    k.    EDD Bank of America Debit Card account 4427 4341 6689 5449 held in the name of ARMAN MANUKYAN (**Account 11**);

    l.    EDD Bank of America Debit Card account 4427 4341 9274 7762 held in the name of JOVITA M BALDEMOR (**Account 12**); and

    m.    EDD Bank of America Debit Card account 4427 4341 9041 7111 held in the name of VERNON K FRAZIER (**Account 13**).

**AFFIDAVIT**

I, Alfredo Rossi, being duly sworn, declare and state as follows:

### I. APPLICATION FOR BANK ACCOUNT SEIZURE WARRANT

1. This affidavit is made in support of an application for a seizure warrant for the balance of the following Employment Benefit Transfer ("EBT") Accounts (collectively, the "SEIZABLE ACCOUNTS"), which were used to receive, and withdraw unemployment benefits obtained by fraud, through the California Employment Development Department ("EDD"):

   a. EDD Bank of America Debit Card account 4427 4341 8564 5189 held in the name of ANASTASIA ISAENKO (**Account 1**);

   b. EDD Bank of America Debit Card account 4427 4341 8627 0243 held in the name of EKATERINA RYABOVA (**Account 2**);

   c. EDD Bank of America Debit Card account 4427 4341 9406 6997 held in the name of JOVOKHIR TOPILDIEV (**Account 3**);

   d. EDD Bank of America Debit Card account 4427 4341 9463 1691 held in the name of AXYNYA KURBATOVA (**Account 4**);

   e. EDD Bank of America Debit Card account 4427 4341 8702 5737 held in the name of DARYA YAKUTINA (**Account 5**);

   f. EDD Bank of America Debit Card account 4427 4341 9398 5437 held in the name of DAVRON MAGAMETOV (**Account 6**);

   g. EDD Bank of America Debit Card account 4427 4341 8656 6426 held in the name of TATIANA MOCANU (**Account 7**);

   h. EDD Bank of America Debit Card account 4427 4341 9079 9500 held in the name of YANA VYKHOR (**Account 8**);

   i. EDD Bank of America Debit Card account 4427 4341 9360 4285 held in the name of OLGA POPOVA (**Account 9**);

1       j.  EDD Bank of America Debit Card account 4427 4341 9002
2  7480 held in the name of PINKNEY FORD (**Account 10**);
3       k.  EDD Bank of America Debit Card account 4427 4341 6689
4  5449 held in the name of ARMAN MANUKYAN (**Account 11**);
5       l.  EDD Bank of America Debit Card account 4427 4341 9274
6  7762 held in the name of JOVITA M BALDEMOR (**Account 12**); and
7       m.  EDD Bank of America Debit Card account 4427 4341 9041
8  7111 held in the name of VERNON K FRAZIER (**Account 13**).

## II.  BACKGROUND OF SPECIAL AGENT ALFREDO ROSSI

2.  I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since June 2019. I am currently assigned to the High Intensity Financial Crimes Area ("HIFCA") group, where I investigate matters concerning bank fraud, wire fraud, identity theft, money laundering, and other illegal financial transactions.

3.  Prior to becoming a Special Agent with HSI, I was employed as Special Agent with the United States Secret Service ("USSS") from June 2016 until June 2019, where I was responsible for the investigation of various types of theft and fraud, including the manufacturing of counterfeit and fraudulent identification documents, and the investigation of financial crimes (such as access device crimes, credit card fraud, check fraud, and schemes to conceal and launder the proceeds of such crimes).

4.  To become an HSI Special Agent, I completed 9 months of training at the Federal Law Enforcement Training Center in Brunswick, Georgia. During my employment as an HSI and USSS Special Agent, I have participated in several investigations related to alien smuggling, narcotics smuggling, weapons trafficking, organized

2

criminal activity, child exploitation, and financial crimes. I have participated in various aspects of criminal investigations, including bank records analysis, telephone records analysis, electronic surveillance, physical surveillance, search warrants, arrests, and reviewing evidence from digital devices. I have also spoken to many law enforcement agents regarding their experience in criminal investigations, interviewed defendants, confidential informants, and witnesses who had personal knowledge regarding the methods used to commit various types of criminal offenses.

5. Any facts or circumstances that are cited in this affidavit are familiar to me through my direct participation in this investigation, discussions with other law enforcement personnel involved in this investigation, and/or my review of investigative reports generated by other law enforcement personnel. This affidavit is made for the sole purpose of demonstrating probable cause for the issuance of the requested search warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. SUMMARY OF PROBABLE CAUSE

**A. Background: MANUKYAN's Paycheck Protection Program Fraud**

6. In or about June 2020, MANUKYAN submitted two applications for loans to Bank of America ("BofA") on behalf of two shell entities registered to MANUKYAN – Argo Global Inc. ("Argo Global"), and Express Wiring -- through the Paycheck Protection Program ("PPP") established by the Coronavirus Aid, Relief, and Economic Security Act for a total loanable amount of $1.7 million. BofA approved the Argo

3

Global loan and denied the Express Wiring one, and as a result, MANUKYAN received a total of $867,187 in funds. In the application process, MANUKYAN attached fabricated tax documentation and made false representations about the operational status of the companies, and how the loan proceeds would be spent. Shortly after receiving the funds in a business account in Argo Global's name, MANUKYAN transferred most of the balance to an external account for which he is the sole signator as well as to another BofA personal account for which MANUKYAN is also the sole signator. The great majority of these funds were recovered when we executed seizure warrants on the bank accounts employed by MANUKYAN.

**B. MANUKYAN's Unemployment Fraud Using Stolen Identities**

7. While agents were surveilling MANUKYAN as part of the investigation into his Paycheck Protection Program fraud, they observed him going to a series of ATMs and withdrawing cash. Bank and Employment Development Department (EDD) records show that MANUKYAN used a series of debit cards issued in the names of other persons to withdraw as cash the unemployment benefits issued to those persons. Agents subsequently executed federal search warrants at MANUKYAN's residence, and on his vehicle, and recovered about $12,000 in cash and debit cards issued in the names of other persons for unemployment benefits—in addition to evidence of MANUKYAN's Paycheck Protection Program fraud. MANUKYAN told me that he had found the debit cards on the street and insisted that he had never used them, notwithstanding that there are ATM photographs of him doing so.

**IV. PREVIOUS GPS AND BANK ACCOUNT SEIZURE WARRANTS**

8. Based on an earlier affidavit, on July 7, 2020, the Honorable John E. McDermott, United States Magistrate Judge, issued a

GPS/Stingray affidavit for a cellular telephone number used by ARMAN MANUKYAN, as well as a second number reported by ARMAN MANUKYAN which he does not appear to use, along with a seizure warrant for three of ARMAN MANUKYAN's bank accounts. Through the GPS/Stingray warrant, I was able to locate MANUKYAN's residence, and subsequently obtained and executed federal search warrants there, as described in more detail below.

## V. STATEMENT OF PROBABLE CAUSE

### A. MANUKYAN Withdrew Cash at ATMs Using Debit Cards in Other Persons' Names on July 15, 2020

9. On July 15, 2020, HSI Special Agents followed MANUKYAN, who left the his residence at 7855 AND 7857 HAZELTINE AVENUE, PANORAMA CITY, driving a vehicle registered to him, and observed him stopping at four Bank of America ATMs at about the following times and at the following locations:

    a. At 10:01 – at a Bank of America ATM located at 7255 Woodman Ave, Van Nuys, California;

    b. At 10:46 – at a Bank of America ATM located at 9012 Sepulveda Blvd, North Hills, California;

    c. At 10:56 at a Bank of America ATM located at 8720 Balboa Blvd, Northridge, California;

    d. At 11:10 at a Bank of America ATM located at 17650 Saticoy St, Reseda, California;

10. On or about July 16, 2020 I spoke to Bank of America Investigator Christopher Thompson and learned that MANUKYAN conducted four ATM withdrawals using the following Employment Development Department (EDD) benefit cards in the name of individuals other than

MANUKYAN to withdraw approximately $1,000 per card at each aforementioned ATM:

    a. EDD Bank of America Debit Card account 4427 4341 8564 5189 held in the name of ANASTASIA ISAENKO (**Account 1**) registered at 7855 HAZELTINE;

    b. EDD Bank of America Debit Card account 4427 4341 8627 0243 held in the name of EKATERINA RYABOVA (**Account 2**) registered at 7855 HAZELTINE;

    c. EDD Bank of America Debit Card account 4427 4341 9406 6997 held in the name of JOVOKHIR TOPILDIEV (**Account 3**) registered at 7857 HAZELTINE;

    d. EDD Bank of America Debit Card account 4427 4341 9463 1691 held in the name of AXYNYA KURBATOVA (**Account 4**) registered at 444 Devonshire lane, Glendale, California.

    **B. EDD Identified Additional Fraudulent Unemployment Benefits Linked to 7855 HAZELTINE, 7857 HAZELTINE, and 444 Devonshire lane, Glendale, California.**

11. On or about July 17, 2020, I spoke to EDD Criminal Investigator Ignacio Romo and learned that a search of unemployment claims for the addresses identified from the four debit cards used by MANUKYAN on July 15, 2020, discussed above returned the following additional unemployment benefit cards:

    a. EDD Bank of America Debit Card account 4427 4341 8702 5737 held in the name of DARYA YAKUTINA (**Account 5**) registered at 7857 HAZELTINE;

    b. EDD Bank of America Debit Card account 4427 4341 9398 5437 held in the name of DAVRON MAGAMETOV (**Account 6**) registered at 7857 HAZELTINE;

        c.    EDD Bank of America Debit Card account 4427 4341 8656 6426 held in the name of TATIANA MOCANU (**Account 7**) registered at 7855 HAZELTINE;

        d.    EDD Bank of America Debit Card account 4427 4341 9079 9500 held in the name of YANA VYKHOR (**Account 8**) registered at 444 Devonshire lane, Glendale, California;

        e.    EDD Bank of America Debit Card account 4427 4341 9360 4285 held in the name of OLGA POPOVA (**Account 9**) registered at 444 Devonshire lane, Glendale, California;

    **C.**    **HSI reviewed the EDD unemployment application for the claims associated with 444 Devonshire lane, Glendale, California.**

    12.    On or about August 4, 2020 I reviewed the unemployment application provided by EDD for EDD Bank of America Debit Card account 4427 4341 9463 1691 held in the name of AXYNYA KURBATOVA (**Account 4**), EDD Bank of America Debit Card account 4427 4341 9079 9500 held in the name of YANA VYKHOR (**Account 8**), and EDD Bank of America Debit Card account 4427 4341 9360 4285 held in the name of OLGA POPOVA (**Account 9**) and learned the following:

        a.    Unemployment applications for **Account 4** and **Account 8** were both submitted on July 14, 2020 through the EDD portal and both indicated that they were employed for one day before being laid off due to COVID-19.

        b.    Unemployment applications for **Account 4, Account 8 and Account 9** list "waiter" as their former employment with an average schedule of one hour per week. All three applications do not specify any employer, nor do they include any contact information for either the claimant or their purported former employer.

7

**D.  HSI executes a search warrant at the SUBJECT PROPERTY and retrieves additional EDD Bank of America Debit Cards.**

13.  On July 17, 2020, the Honorable Steve Kim, United States Magistrate Judge, issued a search warrant for 7855 AND 7857 HAZELTINE AVENUE, PANORAMA CITY which was executed by agents on July 22, 2020. During the search of MANUKYAN's personal belongings the following additional EDD benefit cards were seized by HSI:

a.  EDD Bank of America Debit Card account 4427 4341 9398 5437 held in the name of DAVRON MAGAMETOV (**Account 6**) registered at 7857 HAZELTINE;

b.  EDD Bank of America Debit Card account 4427 4341 9002 7480 held in the name of PINKNEY FORD (**Account 10**) registered at 6636 Fulton Ave, Van Nuys, California;

c.  EDD Bank of America Debit Card account 4427 4341 6689 5449 held in the name of ARMAN MANUKYAN (**Account 11**);

**E.  MANUKYAN Claimed He Found on the Street EDD Cards Recovered from His Room, But Falsely Insisted He Had Never Used Them**

14.  On July 22, 2020, MANUKYAN told me he was collecting unemployment benefits using EDD Bank of America Debit Card account 4427 4341 6689 5449 held in is name (**Account 11**).  When I asked him about the other two cards found in his room held in the name of DAVRON MAGAMETOV (**Account 6**) and PINKNEY FORD (**Account 10**), MANUKYAN stated that he had found these two cards in the streets and consequently decided to keep them in his room. He insisted, however, that he had never used them.  When confronted about the ATM withdrawals of EDD Bank of America Debit Cards in the names of other individuals as observed by agents during the surveillance on July 15, 2020, MANUKYAN paused for a few seconds and replied that he wished to talk to an attorney before answering any further questions.

8

**F. MANUKYAN's Landlord Confirmed that the Unemployment Recipients Identified by EDD Never Lived at that Residence**

15. Continuing on July 22, 2020, I spoke to the landlord and owner of the 7855 AND 7857 HAZELTINE AVENUE, PANORAMA CITY, Edgar Zakoyan, about the high number of unemployment applications filed with the EDD utilizing 7855 AND 7857 HAZELTINE AVENUE, PANORAMA CITY as the address of record, and showed him a list of the following account holders: "Isaenko Anastasia", "Mocanu Tatiana", "Ryabova Ekaterina", "Topildiev Jovokhir", "Yakutina Darya", and "Magametov Davron". Zakoyan verified that none of these names identified by EDD as beneficiary for unemployment benefits had ever lived at that address.

**G. 7855 HAZELTINE Has Been Unofficially Subdivided, Creating 7857 HAZELTINE on the Same Lot**

16. According to tax assessor records, 7855 HAZELTINE is a single-family residence with 1322 square feet of living space on a lot of 6,077 square feet, and is zoned "LAR1," which I understand to be for a single-family residence. There are no tax assessor records for the address 7857 HAZELTINE. Similarly, there are many utility records for 7855 HAZELTINE, but none for 7857 HAZELTINE. From viewing satellite images of the property, I saw that there is only one residential structure on the property, although parts of the structure have different roof lines, suggesting an addition; that is, there is no second, detached residential structure visible in any of the satellite images I have seen. The residence bears the numbers 7855 and at the north side of the building 7857. During the execution of the search warrant of 7855 HAZELTINE and 7857 HAZELTINE, as agents cleared all rooms within the dwelling, I saw that the residence consisted of six independent units separated by drywall.

9

Each unit had one bathroom and either a kitchen or kitchenette attached. MANUKYAN had a small unit on the premises with a bed, closet, and kitchenette visible upon entry.

17. When checking records for the address 7857 HAZELTINE, I found an impossibly high number of death records. For example, the database Westlaw listed nine different records for persons associated with that address who were reported by the Social Security Administration to have died on July 10, 2020, alone. The Social Security Administration reported the deaths of 37 persons associated with that address on July 9, 2020, the previous day. In my training and experience, identity thieves often use the same address for multiple identities when committing fraud.

**H. MANUKYAN Is Linked to Both 7855 and 7857 HAZELTINE**

18. MANUKYAN is linked to both 7855 and 7857 HAZELTINE, as described below:

**7855 HAZELTINE**

a. The 2016 articles of incorporation for Argo Global Inc., which MANUKYAN used to perpetrate the Paycheck Protection Program fraud, list the company business address as 7855 HAZELTINE.

b. A query of IRS databases showed that Argo Global Inc. EIN application listed 7855 HAZELTINE as the company address.

c. During a surveillance conducted on July 15, 2020, MAUKAYAN was observed walking in front of 7855 HAZELTINE's main entrance and peeking into one of 7855 HAZELTINE's windows.

d. On July 15, 2020, MANUKYAN withdrew approximately $2000 from two BofA ATMs with two EDD benefit cards both associated with 7855 HAZELTINE.

**7857 HAZELTINE**

e. During a surveillance conducted on July 15, 2020, MANUKYAN was observed exiting a gate next to the "7857" numbering on the dwelling at least twice. This gate led to the north side of the house where MANUKYAN's room was located.

f. During the execution of the search warrants at 7857 Hazeltine on July 22, 2020, I confirmed that MANUKYAN's room was in fact located on the side of property closest to the "7857" numbering on the SUBJECT PROPERTY.

g. On July 15, 2020, MANUKYAN withdrew approximately $1000 from a BofA ATM with an EDD benefit card associated with 7857 HAZELTINE.

h. Further, as described previously, there are an impossibly high number of death records associated with 7857 HAZELTINE, suggesting that address has been used many times by identity thieves.

**I. EDD Identified Two Additional Fraudulent Unemployment Benefits Accounts Linked to 6636 Fulton Ave, Van Nuys, California, the Address of Record for Account 10.**

19. On or about July 25, 2020, I spoke to EDD Criminal Investigator Ignacio Romo and learned that EDD identified two additional unemployment claims that were submitted through their portal using the address 6636 Fulton Ave, Van Nuys, California, which is the same address used for **Account 10,** the debit card for which was recovered inside of MANUKYAN's room. These two accounts were identified as follows:

a. EDD Bank of America Debit Card account 4427 4341 9274 7762 held in the name of JOVITA M BALDEMOR (**Account 12**) registered at 6636 Fulton Ave, Van Nuys, California;

11

   b. EDD Bank of America Debit Card account 4427 4341 9041 7111 held in the name of VERNON K FRAZIER (**Account 13**) registered at 6636 Fulton Ave, Van Nuys, California;

 **J.** **The Owner of 6636 Fulton Ave, Van Nuys, Said that he Had Received EDD correspondence for Persons Who Never Lived at that Address.**

 20. On or about August 5, 2020, I knocked at the residence located at 6636 Fulton Ave, Van Nuys, California. A male answered the door and acknowledged his name was A.S. and that he and his wife N.W. were the only residents of the house. A.S. was asked if he had ever seen any correspondence from EDD addressed to "Pinkney Ford", "Vernon K Frazier" and "Jovita M Baldemor". A.S. stated that he recognized the name "Pinkney Ford" from one of the EDD letters he received at his home but returned it to the mail carrier shortly after. A.S. stated he had never seen any mail addressed to either "Vernon K Frazier" or "Jovita M Baldemor" and confirmed that none of these individuals had ever resided at 6636 Fulton Ave, Van Nuys, California.

 **K.** **Summary of Probable Cause for Individual Accounts**

 21. For convenience, I have summarized below the probable cause for the individual SEIZABLE ACCOUNTS:

   a. **Account 1 – 4**: MANUKYAN was personally observed using debit cards linked to these accounts to withdraw in cash the unemployment benefits transferred to the in the names of the victims of identity theft.

   b. **Account 4, 8 and 9**: Debit cards linked to these accounts were associated with 444 Devonshire Ln, Glendale, California, the address of record for a debit card used by MANUKYAN to withdraw $1000 at an ATM. The applications for these three debit

cards listed no information about their former employer other than "waiter" and an average work schedule of one hour per week.

      c.  **Account 6, 10 and 11**: Debit cards linked to these accounts were recovered from MANUKYAN's room; he claimed he had found accounts 6 and 10 in the street.

      d.  **Account 1, 2, 3, 5, 6 and 7**: Unemployment benefits were issued in the names of these victims of identity theft at 7855 HAZELTINE and 7857 HAZELTINE, MANUKYAN's residence; MANUKYAN's landlord confirmed they never resided there.

      e.  **Account 10, 12 and 13**: Unemployment benefits were issued in the names of these victims of identity theft at 6636 Fulton Ave, Van Nuys, California; the owner of that address confirmed they never resided there. Further, the debit card for **Account 10** was seized from MANUKYAN's room.

///

## VI.  CONCLUSION

22.  Based on the facts recounted above, there is also probable cause to believe that the SEIZABLE ACCOUNTS constitute and are derived from proceeds traceable to bank and wire fraud and were involved in and facilitated money laundering, and are therefore subject to seizure pursuant to 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ____ day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

14