# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

**In the Matter of the Seizure of**
(Address or Brief description of property or premises to be seized)

Various EDD Debit Card Accounts held at Bank of America

**SEIZURE WARRANT**

**CASE NUMBER:** 2:20-MJ-03696

TO: Homeland Security Investigations and any Authorized Officer of the United States, Affidavit(s) having been made before me by <u>Special Agent Alfredo Rossi</u> who has reason to believe that in the Central District of California there is now certain property which is subject to forfeiture to the United States, namely the debit card accounts listed in **Attachment A,**

**which are** subject to seizure and forfeiture pursuant to: 21 U.S.C. § 853(f), 18 U.S.C. §§ 981 and 984, and 28 U.S.C. § 2461(c).

**concerning violations of Title** <u>18</u> **United States Code, Section(s)** 1343, 1344, 1349, and 1956.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within <u>14</u> days the property specified, serving this warrant and making the seizure in the daytime - 6:00 A.M. to 10:00 P.M., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant and inventory to the United States Magistrate on duty at the time of the return through a filing with the Clerk's Office.

**The financial institution listed above is ordered to deliver all funds in the identified accounts to the law enforcement agent serving this warrant immediately upon presentation of this warrant in the form of a cashier's check made payable to Customs and Border Protection.**

August 7, 2020  3:28 p.m.
**Date and Time Issued**

at   Los Angeles, California

Honorable Alicia G. Rosenberg, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

*Alicia G. Rosenberg*
**Signature of Judicial Officer**

AUSA Andrew Brown, x0102, 11th Floor

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| August 7, 2020 | August 9, 2020 at 1000 | Bank of America Long Beach branch Bank Manager |

INVENTORY MADE IN THE PRESENCE OF

SA Al Rossi and SA Juan Orrantia

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1. EDD Bank of America Debit Card account 4427 4341 8564 5189 held in the name of ANASTASIA ISAENKO in the amount of $1,341.06;

2. EDD Bank of America Debit Card account 4427 4341 8627 0243 held in the name of EKATERINA RYABOVA in the amount of $7,600.00;

3. EDD Bank of America Debit Card account 4427 4341 9406 6997 held in the name of JOVOKHIR TOPILDIEV in the amount of $ $10,600.00;

4. EDD Bank of America Debit Card account 4427 4341 9463 1691 held in the name of AXYNYA KURBATOVA in the amount of $11,700.00;

5. EDD Bank of America Debit Card account 4427 4341 8702 5737 held in the name of DARYA YAKUTINA in the amount of $7,600.00;

6. EDD Bank of America Debit Card account 4427 4341 9398 5437 held in the name of DAVRON MAGAMETOV in the amount of $9,600.00;

7. EDD Bank of America Debit Card account 4427 4341 8656 6426 held in the name of TATIANA MOCANU in the amount of $3,500.00;

8. EDD Bank of America Debit Card account 4427 4341 9079 9500 held in the name of YANA VYKHOR in the amount of $11,700.00;

9. EDD Bank of America Debit Card account 4427 4341 9360 4285 held in the name of OLGA POPOVA in the amount of $16,700.00;

10. EDD Bank of America Debit Card account 4427 4341 9002 7480 held in the name of PINKNEY FORD in the amount of $16,700.00;

11. EDD Bank of America Debit Card account 4427 4341 6689 5449 held in the name of ARMAN MANUKYAN in the amount of $2,037.19;

12. EDD Bank of America Debit Card account 4427 4341 9274 7762 held in the name of JOVITA M BALDEMOR in the amount of $ 9,696.00;

13. EDD Bank of America Debit Card account 4427 4341 9041 7111 held in the name of VERNON K FRAZIER in the amount of $6,700.00;

# CERTIFICATION

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 09/10/2020

*Alfredo Rossi*
Executing officer's signature

SA Alfredo Rossi
Printed name and title

**ATTACHMENT A – Debit Card Accounts to Seize**

The debit card accounts to be seized are:

    a.    EDD Bank of America Debit Card account 4427 4341 8564 5189 held in the name of ANASTASIA ISAENKO (**Account 1**);

    b.    EDD Bank of America Debit Card account 4427 4341 8627 0243 held in the name of EKATERINA RYABOVA (**Account 2**);

    c.    EDD Bank of America Debit Card account 4427 4341 9406 6997 held in the name of JOVOKHIR TOPILDIEV (**Account 3**);

    d.    EDD Bank of America Debit Card account 4427 4341 9463 1691 held in the name of AXYNYA KURBATOVA (**Account 4**);

    e.    EDD Bank of America Debit Card account 4427 4341 8702 5737 held in the name of DARYA YAKUTINA (**Account 5**);

    f.    EDD Bank of America Debit Card account 4427 4341 9398 5437 held in the name of DAVRON MAGAMETOV (**Account 6**);

    g.    EDD Bank of America Debit Card account 4427 4341 8656 6426 held in the name of TATIANA MOCANU (**Account 7**);

    h.    EDD Bank of America Debit Card account 4427 4341 9079 9500 held in the name of YANA VYKHOR (**Account 8**);

    i.    EDD Bank of America Debit Card account 4427 4341 9360 4285 held in the name of OLGA POPOVA (**Account 9**);

    j.    EDD Bank of America Debit Card account 4427 4341 9002 7480 held in the name of PINKNEY FORD (**Account 10**);

    k.    EDD Bank of America Debit Card account 4427 4341 6689 5449 held in the name of ARMAN MANUKYAN (**Account 11**);

    l.    EDD Bank of America Debit Card account 4427 4341 9274 7762 held in the name of JOVITA M BALDEMOR (**Account 12**); and

    m.    EDD Bank of America Debit Card account 4427 4341 9041 7111 held in the name of VERNON K FRAZIER (**Account 13**).